UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

HUDSON INSURANCE COMPANY,

    Plaintiff,                                                         Case No.: 9:25-cv-80519-RLR

vs.

THE LAW OFFICE OF PAUL S. LABINER, THE ESTATE
OF PAUL S. LABINER, ESQ., VINCENT DEL BORRELLO,
individually and as attorney in fact for FRANCINE DELL,
HARRY KLAMPERT, and PHYLLIS KLAMPERT, a minor,
by and through her guardian, JOANNA WATSON, and
ANDREW COMITER, as Trustee *Ad Litem* of the
Francine Dell Revocable Trust dated May 27, 2020, as
Trustee *Ad Litem* of the Marital Trust created under the
Vincent Dell Revocable Trust dated May 27, 2020, and in
his capacity as Trustee *Ad Litem* of the Vincent Del Borrello,
III Trust created under the Vincent Del Revocable Trust
dated May 27, 2020

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    COME NOW, Plaintiff, HUDSON INSURANCE COMPANY, by and through undersigned counsel and hereby notifies the Court by that the instant action and all claims related thereto have settled. Upon completion of settlement documents, Plaintiff shall dismiss the matter.

    Dated: April 28, 2025.

                                                      Respectfully submitted,

                                                      **KAUFMAN DOLOWICH LLP**

                                                      */s/ Jesse D. Drawas*
                                                      Jesse D. Drawas, Esq.
                                                      Fla. Bar No. 68654
                                                      Email: jdrawas@kaufmandolowich.com
                                                      100 SE Third Avenue, Suite 1500
                                                      Fort Lauderdale, FL 33394
                                                      Tel: (954) 302-2244
                                                      Fax: (888) 464-7982
                                                      Attorney for HUDSON

4919-5094-4841, v. 1